**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jose Ines MEDINA PONCE,
Defendant–Appellant.**

**No. 15–10254**

United States Court of Appeals,
Ninth Circuit.

---

Submitted May 24, 2016 *

FILED May 31, 2016

Barbara Valliere, Assistant U.S. Attorney, Anne M. Voigts, Assistant U.S. Attorney, DOJ–USAO, San Francisco, CA, for Plaintiff–Appellee.

Jose Ines Medina Ponce, Pro Se.

Before: REINHARDT, W. FLETCHER, and OWENS, Circuit Judges.

## MEMORANDUM **

Jose Ines Medina Ponce appeals from the district court's judgment and challenges his guilty-plea conviction and 50–month sentence for possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Medina Ponce's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Medina Ponce the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Medina Ponce waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986–88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED**.

**DISMISSED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.